IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 5:20-cv-384-M

| THEODORE W. JAMES, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| THE WYANOKE GROUP, INC., | |
| Defendant. | |

This matter comes before the court on the parties' joint stipulation and motion for dismissal of this lawsuit with prejudice subject to the right, as agreed between the parties in writing, for either party or its releasees to assert, in the future, claims for copyright invalidity in response to allegations of copyright infringement made by the other party or its releasees after September 28, 2020. It appears to the court that the stipulation and motion are proper and have been agreed to by the parties, and that the complaint herein should be dismissed with prejudice on the terms agreed and without assessment of fees, costs, or expenses against any party.

Therefore, the complaint is dismissed with prejudice, and without assessment of fees, costs, or expenses against any party, subject to the right, as agreed between the parties in writing, for either party or its releasees to assert, in the future, claims for copyright invalidity in response to allegations of copyright infringement made by the other party or its releasees after September 28, 2020.

SO ORDERED this the 30th day of September, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE